

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00280-CV

---

ELIZABETH LOPEZ, APPELLANT

V.

INTERNATIONAL BANK OF COMMERCE, APPELLEE

---

On Appeal from the County Court at Law Number 1
Webb County, Texas
Trial Court No. 2023CVD000022L1, Honorable Hugo D. Martinez, Presiding

---

December 20, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Elizabeth Lopez, appeals from the trial court's judgment.[1] Lopez's brief was originally due November 15, 2023, but was not filed. By letter of November 27, 2023, we notified Lopez that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by December 7. To date, Lopez has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam